**Mauricio E. WEBER, Plaintiff–Appellant,**

v.

**G. Ross ANDERSON, Jr., sued in official capacities; J. Cordell Maddox, Jr., Chief Administrative Judge; Solicitor Chrissy T. Adams; Assistant Solicitor Kristin W. Reeves; Assistant Solicitor Jenn Byford; Christopher Scalzo, Public Defender 10th Judicial Circuit, Defendants–Appellees.**

No. 12–7282.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 11, 2012.

Decided: Oct. 16, 2012.

Mauricio E. Weber, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mauricio E. Weber appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Weber v. Anderson,* 2012 WL 2675449 (D.S.C. July 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*